IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07- 166 m |
| CHARLES WEBSTER, | ) |
| Defendant. | ) |

## MOTION AND ORDER FOR ARREST WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Charles Webster, as a result of the Criminal Complaint filed against him on August 24, 2007.

COLM F. CONNOLLY
United States Attorney

By: /s/ Douglas E. McCann
Douglas E. McCann
Assistant United States Attorney

Dated: August 24, 2007

AND NOW, this __24__ day of __August__, 2007, upon the foregoing Motion, IT IS ORDERED that a warrant issue for the arrest of Charles Webster.

Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
AUG 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE