Govt. filed in open court on 8/24/07
(RPG)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr. A. No. 07-*166M* |
| CHARLES A. WEBSTER, | : | |
| Defendant. | : | |

## MOTION FOR DETENTION HEARING

NOW COMES the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    \_\_\_\_ Crime of violence (18 U.S.C. § 3156)

    \_\_\_\_ Maximum sentence life imprisonment or death

    \_\_\_\_ 10+ year drug offense

    \_\_\_\_ Felony, with two prior convictions in above categories

    \_\_\_\_ Minor victim

    \_\_X\_\_ Possession/ use of firearm, destructive device or other dangerous weapon

    \_\_\_\_ Failure to register under 18 U.S.C. § 2250

    \_\_X\_\_ Serious risk defendant will flee

    \_\_\_\_ Serious risk obstruction of justice

    FILED
    AUG 2 4 2007
    U.S. DISTRICT COURT
    DISTRICT OF DELAWARE

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

  __x__  Defendant's appearance as required

  __x__  Safety of any other person and the community

3. **Rebuttable Presumption.** The United States will/will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

  ____  Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

  ____  Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing.** The United States requests the court conduct the detention hearing,

  ____  At first appearance

  __X__  After continuance of _3_ days (not more than 3).

5. **Temporary Detention.** The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

  ____  1. At the time the offense was committed the defendant was:

    ____ (a) on release pending trial for a felony;

    ____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

    ____ (c) on probation or parole for an offense.

  ____  2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

  __x__  3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

   _____

   _____

DATED this 24th day of August, 2007.

>Respectfully submitted,
>
>COLM F. CONNOLLY
>United States Attorney
>
>By: _____
>Douglas E. McCann
>Assistant United States Attorney